ATLANTIC COAST LINE RAILROAD COMPANY, A CORPORA-
TION, *Plaintiff in Error*, v. CHARLES C. WILSON,
*Defendant in Error.*

Opinion Filed February 3, 1921.

In an action for personal injuries when the testimony clearly
shows negligence of the plaintiff that contributed directly
to his injury, and the alleged negligence of the defendant
railroad company is strongly rebutted by the evidence, a
judgment for the plaintiff awarding large damages will
be reversed.

A Writ of Error to the Circuit Court for Polk County:
John S. Edwards, Judge.

Judgment reversed.

*W. A. Carter* and *T. Paine Kelly*, for Plaintiff in
Error;

*R. B. Huffaker* and *A. Summerlin*, for Defendant in
Error.

PER CURIAM.—In an action for personal injuries a
judgment for $7,000.00 was recovered by the plaintiff
against the railroad company, and writ of error was
taken.

The testimony so clearly shows negligence of the plain-
tiff that contributed directly to his injury, and as negli-
gence of the defendant is strongly rebutted by the evi-
dence, making the question of liability not clearly estab-
lished, a remittitur as for an excessive verdict will not
be ordered, but the judgment is reversed for a new trial.

BROWNE, C. J., AND TAYLOR, WHITFIELD, ELLIS AND
WEST, J. J., concur.